IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 19-00087-01-CR-W-HFS |
| | ) | |
| CAROL L. DILLE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Defendant's Motion to Modify Bond and Add County to Permitted Travel. (Doc. # 12) Neither the Government nor Defendant's Pretrial Services Officer object. Accordingly, it is

ORDERED that the Order Setting Conditions of Release, Doc. # 9, is modified as follows: (9)(c) Not travel beyond the boundaries of Jackson, Clay, Platte, Cass and Johnson Counties in Missouri and Johnson and Wyandotte Counties in Kansas. It is further

ORDERED that all other conditions of the Order Setting Conditions of Release remain in effect.

    /s/   *Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE