# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-00087-01-CR-W-HFS |
| ) | |
| CAROL L. DILLE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

Comes now the defendant, Carol L. Dille, through counsel, Travis D. Poindexter, and respectfully moves this Court to allow defendant an extension until May 29, 2020, to file objections to the presentence investigation report (PSR). In support of this motion, Ms. Dille states the following:

## SUGGESTIONS IN SUPPORT

1. On January 31, 2020, Ms. Dille entered pleas of guilty to one count of wire fraud and one count of bankruptcy fraud.

2. Ms. Dille is currently on bond without issue. Ms. Dille informed counsel that she received the preliminary report by mail on May 1, 2020.

3. Counsel needs additional time to review the report with Ms. Dille and adequately prepare any corrections or objections to the report.

WHEREFORE defendant Carol Dille, respectfully requests this Court enter an Order granting the defendant until May 29, 2020, to file objections to the PSR.

1

Respectfully submitted,

***/s/ Travis D. Poindexter***
TRAVIS D. POINDEXTER
Assistant Federal Defender
818 Grand, Suite 300
Kansas City, MO 64106
(816) 471-8282
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

In accordance with Local Rules, it is hereby CERTIFIED that one copy of the foregoing motion was electronically filed on the ECF system on May 8, 2020.

***/s/ Travis D. Poindexter***
TRAVIS D. POINDEXTER